THE MORRIS CANAL AND BANKING CO. adsm. VANNATTA.

In case.   Matter of Practice.

On removing a cause into this court, by *habeas corpus*, bail must be put in (even by a corporation) according to the statute, if required by the plaintiff.

This action was removed into this court from the Court of Common Pleas, by writ of *Habeas Corpus*.

*Mr. Williamson* in behalf of the Morris Canal and Banking Co. moves for an order that, upon entering an appearance and filing common bail, the cause be retained and proceeded in here.

*Mr. Sherrard, contra,* cited *Rev. Laws,* 424 ; and *Penn. R.* 690.

HORNBLOWER, C. J.   Bail must be put in, according to the statute, if the plaintiff requires it.   It was decided in *Marcellis* v. *The President and Directors of the Hamburgh Turnpike Co.,* (*Penn. R.* 948.) that bail must be filed in all cases, whether the defendant has been held to bail below or not ; and in *Craig* v. *Berry,* (*South. R.* 852) this Court refused to retain the cause here, without bail, although the plaintiff desired to do so, and offered to waive the bail.   Since that, however, we have adopted a more reasonable rule.   Considering the writ of *Habeas Corpus* a common law writ, and that bail was not necessary to give this Court jurisdiction of the cause, but only required by the statute, for the benefit and security of the plaintiff, it was decided in *Dickinson* adsm. *The State Bank at Morris* (1 *Harr : R.* 354), and may now be considered as the settled rule, that the plaintiff at his election, may enter a waiver of bail, and proceed with the cause in this Court ; or move for a *procedendo* for want of bail.

In this case, the plaintiff insists upon bail ; and it can make no difference that the defendants are a corporation.   It is true, a corporation cannot be arrested, nor can it be surrendered by bail, but the recognizance required by the statute, is an absolute undertaking, and cannot be discharged by surrendering the defendant.

FORD, WHITE, and DAYTON, Justices, concurred.
NEVIUS, Justice, absent.

*Motion denied.*